Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Oklahoma**

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Partida Holdings of Little Rock, LLC** |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | **Generator Supercenter of Little Rock** <br><br> **GSC of Little Rock** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **9 2 – 2 8 1 8 4 4 7** |

**4. Debtor's address**

**Principal place of business**

**3800 NE 104th Street**
Number     Street

**Oklahoma City, OK 73131**
City                              State     ZIP Code

**Oklahoma**
County

**Mailing address, if different from principal place of business**

Number          Street

City                              State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                              State     ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor  **Partida Holdings of Little Rock, LLC**                    Case number *(if known)* _____
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor  **Faith Electric, Inc.**                Relationship  **Affiliate**

District  **Western District of Oklahoma**            When  **3/31/2025**
MM / DD / YYYY

Case number, if known  **25-10921**

Debtor    **Partida Holdings of Little Rock, LLC**    Case number *(if known)* _____
Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number     Street<br><br>_____<br><br>_____<br>    City        State  ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br>☐ Yes.   Insurance agency _____<br>            Contact name _____<br>            Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99    ☐ 1,000-5,000  ☐ 5,001-10,000    ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999    ☐ 10,001-25,000     ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor  **Partida Holdings of Little Rock, LLC**                                  Case number *(if known)* _____
        Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/10/2025**
             MM/ DD/ YYYY

**X**  **/s/ Austin Partida**                                    **Austin Partida**
Signature of authorized representative of debtor          Printed name

Title  **CEO**

**18. Signature of attorney**

**X**  **/s/ Amanda R. Blackwood**        Date  **04/10/2025**
Signature of attorney for debtor                MM/ DD/ YYYY

**Amanda R. Blackwood**
Printed name

**Blackwood Law Firm, PLLC**
Firm name

**512 NW 12th Street**
Number      Street

**Oklahoma City**                    **OK**      **73103**
City                                 State       ZIP Code

**(405) 309-3600**                   **amanda@blackwoodlawfirm.com**
Contact phone                        Email address

**33839**                            **OK**
Bar number                           State

Fill in this information to identify the case:

Debtor name **Partida Holdings of Little Rock, LLC**

United States Bankruptcy Court for the: **Western** District of **Oklahoma**

(State)

Case number (if known):

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

Fill in this information to identify the case:

Debtor name **Partida Holdings of Little Rock, LLC**

United States Bankruptcy Court for the:

**Western District of Oklahoma**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor    **Partida Holdings of Little Rock, LLC**
_____    Case number *(if known)* _____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Apollo Funding**
_____

**333 W. Commercial Street Suite 324**
_____

**East Rochester, NY 14445**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$858,000.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Bank of Western Oklahoma**
_____

**PO Box 529**
_____

**Weatherford, OK 73096**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.3** Nonpriority creditor's name and mailing address

**Berkovitch & Bouskila, PLLC**
_____

**1545 US 202 Ste 101**
_____

**Pomona, NY 10970**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.4** Nonpriority creditor's name and mailing address

**Cambridge Advance**
_____

**7901 4th Street N. #400**
_____

**Saint Petersburg, FL 33702**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$300,000.00**

Debtor    **Partida Holdings of Little Rock, LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Celero**

c/o Craig Tractenberg
**Fox Rothschild, LLP**

2001 Market Street Ste. 1700

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.6** Nonpriority creditor's name and mailing address

**Costco Wholesale Corporation**

PO Box 34331 98124

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.7** Nonpriority creditor's name and mailing address

**DLP Funding, LLC**

447 Broadway 2nd floor

New York, NY 10013

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$280,000.00

---

**3.8** Nonpriority creditor's name and mailing address

**Everest Business Funding, LLC**

102 W. 38th Street 6th Floor

New York, NY 10018

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$88,260.00

---

Debtor    **Partida Holdings of Little Rock, LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|-----|--------------------------------------------------|------------------------------------------------|---------|

**3.9** Nonpriority creditor's name and mailing address

**F&M Bank**

**1407 Health Center Parkway**

**Yukon, OK 73099**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.10** Nonpriority creditor's name and mailing address

**Lionhart Funding**

**40 Wall Street Unit 2701**

**New York, NY 10005**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$225,000.00

---

**3.11** Nonpriority creditor's name and mailing address

**Slate Advance**

**15 America Ave Ste. 303**

**Lakewood, NJ 08701**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$300,000.00

---

**3.12** Nonpriority creditor's name and mailing address

**SQ Advance**

**7901 4th St. N Ste. 300**

**Saint Petersburg, FL 33702**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,000,000.00

---

Debtor    **Partida Holdings of Little Rock, LLC**
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700,000.00 |

**SQ Advance**

**7901 4th St. N Ste. 300**

**Saint Petersburg, FL 33702**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    _____

Basis for the claim: _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Synchrony**

**777 Long Ridge Road**

**Stamford, CT 06902**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    _____

Basis for the claim: _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450,000.00 |

**VEX Capital**

**96-14 Metropolitan Ave.**

**Forest Hills, NY 11375**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    _____

Basis for the claim: _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Partida Holdings of Little Rock, LLC**                    Case number *(if known)* _____
                    Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Celero**<br>**Hapreth on the Green IV**<br>**100 Westwood Place 200**<br>**Brentwood, TN 37027** | Line **3.5**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **David Fogel, PC, Attorneys at Law**<br>**1225 Franklin Ave. Ste. 201**<br>**Garden City, NY 11530** | Line **3.12**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 **David Fogel, PC, Attorneys at Law**<br>**1225 Franklin Ave. Ste. 201**<br>**Garden City, NY 11530** | Line **3.13**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 **Law Offices of Isaac H. Greenfield, PLLC**<br>**2 Executive Blvd. Ste 305**<br>**Suffern, NY 10901** | Line **3.4**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5 **Marty Friend**<br>**Harpeth on the Green IV**<br>**100 Westwood Place Ste 200**<br>**Brentwood, TN 37027** | Line **3.5**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6 **Yehuda Klein, Esq.**<br>**The Klein Law Firm, LLC**<br>**1820 Swarthmore Ave #714**<br>**Lakewood, NJ 08701** | Line **3.11**<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor     **Partida Holdings of Little Rock, LLC**
           _____
           Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$4,201,260.00** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$4,201,260.00** |

Fill in this information to identify the case:

Debtor name __**Partida Holdings of Little Rock, LLC**__

United States Bankruptcy Court for the:

__**Western District of Oklahoma**__

Case number (if known): _____ Chapter __**11**__

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Generator service contract | Alan Nussbaum |
| | | Contract to be ASSUMED | 59 Hunters Green Circle |
| | State the term remaining | | Little Rock, AR 72211 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Generator service contract | Barbara Robinson |
| | | Contract to be ASSUMED | 9 Ledrick Circle |
| | State the term remaining | | Mayflower, AR 72106 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Generator service contract | Bob Skinner |
| | | Contract to be ASSUMED | 120 Cove Creek Court |
| | State the term remaining | | Little Rock, AR 72211 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Generator service contract | Brian Elam |
| | | Contract to be ASSUMED | 96 Nixon Lane |
| | State the term remaining | | Austin, AR 72007 |
| | List the contract number of any government contract | | |

Debtor    **Partida Holdings of Little Rock, LLC**                        Case number *(if known)* _____
          Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5**
State what the contract or lease is for and the nature of the debtor's interest: Generator service contract / Contract to be ASSUMED
State the term remaining: _____
List the contract number of any government contract: _____

Brian Robinson
18612 Fawn Tree Drive
Little Rock, AR 72210

**2.6**
State what the contract or lease is for and the nature of the debtor's interest: Commercial lease / Contract to be ASSUMED
State the term remaining: _____
List the contract number of any government contract: _____

Commercial Realty
1 Remington Drive Ste 100
Little Rock, AR 72204

**2.7**
State what the contract or lease is for and the nature of the debtor's interest: Generator service contract / Contract to be ASSUMED
State the term remaining: _____
List the contract number of any government contract: _____

Dennis Cook
5905 Pecan Lake Road
Little Rock, AR 72204

**2.8**
State what the contract or lease is for and the nature of the debtor's interest: Generator service contract / Contract to be ASSUMED
State the term remaining: _____
List the contract number of any government contract: _____

Hugh Key
1805 Beumer Street
Stuttgart, AR 72160

**2.9**
State what the contract or lease is for and the nature of the debtor's interest: Generator service contract / Contract to be ASSUMED
State the term remaining: _____
List the contract number of any government contract: _____

Keith Essary
116 Copper Mountain Court
Hot Springs National Park, AR 71913

**2.10**
State what the contract or lease is for and the nature of the debtor's interest: Generator service contract / Contract to be ASSUMED
State the term remaining: _____
List the contract number of any government contract: _____

Linda Trichell
253 Fairview Lane
Star City, AR 71667

Debtor  **Partida Holdings of Little Rock, LLC**                    Case number *(if known)*
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.11**

State what the contract or lease is for and the nature of the debtor's interest: Generator service contract

Contract to be ASSUMED

State the term remaining:

List the contract number of any government contract:

Mike Crawford
22555 U.S. 425
Star City, AR 71667

**2.12**

State what the contract or lease is for and the nature of the debtor's interest: Generator service contract

Contract to be ASSUMED

State the term remaining:

List the contract number of any government contract:

Pam Sheffer
105 Greenwood Avenue
Sherwood, AR 72120

**2.13**

State what the contract or lease is for and the nature of the debtor's interest: Generator service contract

Contract to be ASSUMED

State the term remaining:

List the contract number of any government contract:

Viloa Stidum
2605 Shay Cove
Little Rock, AR 72204

Fill in this information to identify the case:

Debtor name **Partida Holdings of Little Rock, LLC**

United States Bankruptcy Court for the: **Western** District of **Oklahoma**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| **2.1  Austin Partida** | **5109 Water Oak Way** <br> Street <br><br> **Edmond, OK 73034** <br> City          State          ZIP Code | **Everest Business Funding, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | **Apollo Funding** | ☐ D  ☑ E/F  ☐ G |
| | | **DLP Funding, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | **VEX Capital** | ☐ D  ☑ E/F  ☐ G |
| | | **Cambridge Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **Lionhart Funding** | ☐ D  ☑ E/F  ☐ G |
| | | **Slate Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **SQ Advance** | ☐ D  ☑ E/F  ☐ G |

| Debtor | **Partida Holdings of Little Rock, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

██████    Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **SQ Advance** | ☐ D ☑ E/F ☐ G |
| 2.2  **Faith Electric, Inc.** | **3800 NE 104th Street Suite 600**<br>Street<br><br>**Oklahoma City, OK 73131**<br>City            State            ZIP Code | **Apollo Funding** | ☐ D ☑ E/F ☐ G |
| | | **DLP Funding, LLC** | ☐ D ☑ E/F ☐ G |
| | | **VEX Capital** | ☐ D ☑ E/F ☐ G |
| | | **Cambridge Advance** | ☐ D ☑ E/F ☐ G |
| | | **Lionhart Funding** | ☐ D ☑ E/F ☐ G |
| | | **Slate Advance** | ☐ D ☑ E/F ☐ G |
| | | **SQ Advance** | ☐ D ☑ E/F ☐ G |
| | | **SQ Advance** | ☐ D ☑ E/F ☐ G |
| 2.3  **Partida Holdings of Enid, LLC** | **3800 NE 104th Street**<br>Street<br><br>**Oklahoma City, OK 73131**<br>City            State            ZIP Code | **DLP Funding, LLC** | ☐ D ☑ E/F ☐ G |
| | | **Cambridge Advance** | ☐ D ☑ E/F ☐ G |
| | | **Lionhart Funding** | ☐ D ☑ E/F ☐ G |

Debtor    **Partida Holdings of Little Rock, LLC**                              Case number (if known) _____
Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.4 | **Partida Holdings of Fayeteville, LLC** | **3800 NE 104th Street**<br>Street<br><br>**Oklahoma City, OK 73131**<br>City          State          ZIP Code | **Apollo Funding** | ❑ D<br>☑ E/F<br>❑ G |
| | | | **VEX Capital** | ❑ D<br>☑ E/F<br>❑ G |
| | | | **Cambridge Advance** | ❑ D<br>☑ E/F<br>❑ G |
| | | | **Lionhart Funding** | ❑ D<br>☑ E/F<br>❑ G |
| | | | **Slate Advance** | ❑ D<br>☑ E/F<br>❑ G |
| | | | **SQ Advance** | ❑ D<br>☑ E/F<br>❑ G |
| | | | **SQ Advance** | ❑ D<br>☑ E/F<br>❑ G |
| 2.5 | **Partida Holdings of Fayetteville, LLC** | **3800 NE 104th Street**<br>Street<br><br>**Oklahoma City, OK 73131**<br>City          State          ZIP Code | **DLP Funding, LLC** | ❑ D<br>☑ E/F<br>❑ G |
| 2.6 | **Partida Holdings of Lawton, LLC** | **3800 NE 104th Street**<br>Street<br><br>**Oklahoma City, OK 73131**<br>City          State          ZIP Code | **Apollo Funding** | ❑ D<br>☑ E/F<br>❑ G |
| | | | **DLP Funding, LLC** | ❑ D<br>☑ E/F<br>❑ G |
| | | | **VEX Capital** | ❑ D<br>☑ E/F<br>❑ G |
| | | | **Cambridge Advance** | ❑ D<br>☑ E/F<br>❑ G |

Debtor   **Partida Holdings of Little Rock, LLC**
Name

Case number (if known) _____

<table>
<tr><td colspan="2" style="background:black"> </td><td colspan="4">Additional Page if Debtor Has More Codebtors</td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | | **Lionhart Funding** | ☐ D ☑ E/F ☐ G |
| | | | **Slate Advance** | ☐ D ☑ E/F ☐ G |
| | | | **SQ Advance** | ☐ D ☑ E/F ☐ G |
| | | | **SQ Advance** | ☐ D ☑ E/F ☐ G |
| 2.7 | **Partida Holdings of Tulsa, LLC** | Street<br>**3800 NE 104th Street**<br>**Oklahoma City, OK 73131**<br>City      State      ZIP Code | **Apollo Funding** | ☐ D ☑ E/F ☐ G |
| | | | **DLP Funding, LLC** | ☐ D ☑ E/F ☐ G |
| | | | **Cambridge Advance** | ☐ D ☑ E/F ☐ G |
| | | | **Lionhart Funding** | ☐ D ☑ E/F ☐ G |
| | | | **Slate Advance** | ☐ D ☑ E/F ☐ G |
| | | | **SQ Advance** | ☐ D ☑ E/F ☐ G |
| | | | **SQ Advance** | ☐ D ☑ E/F ☐ G |
| 2.8 | **Partida Holdings, LLC** | **3800 NE 104th Street**<br>Street<br>**Oklahoma City, OK 73131**<br>City      State      ZIP Code | **Apollo Funding** | ☐ D ☑ E/F ☐ G |
| | | | **DLP Funding, LLC** | ☐ D ☑ E/F ☐ G |
| | | | **Lionhart Funding** | ☐ D ☑ E/F ☐ G |

| Debtor | **Partida Holdings of Little Rock, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.9 | **Partida Management, LLC** | **3800 NE 104th Street** <br> Street <br><br> **Oklahoma City, OK 73131** <br> City          State          ZIP Code | **Apollo Funding** | ❏ D ☑ E/F ❏ G |
| | | | **DLP Funding, LLC** | ❏ D ☑ E/F ❏ G |
| | | | **VEX Capital** | ❏ D ☑ E/F ❏ G |
| | | | **Cambridge Advance** | ❏ D ☑ E/F ❏ G |
| | | | **Lionhart Funding** | ❏ D ☑ E/F ❏ G |
| | | | **Slate Advance** | ❏ D ☑ E/F ❏ G |
| | | | **SQ Advance** | ❏ D ☑ E/F ❏ G |
| | | | **SQ Advance** | ❏ D ☑ E/F ❏ G |
| 2.10 | | Street <br><br> City          State          ZIP Code | | ❏ D ❏ E/F ❏ G |
| 2.11 | | Street <br><br> City          State          ZIP Code | | ❏ D ❏ E/F ❏ G |
| 2.12 | | Street <br><br> City          State          ZIP Code | | ❏ D ❏ E/F ❏ G |

Debtor     **Partida Holdings of Little Rock, LLC**                              Case number (if known) _____
           Name

| | Additional Page if Debtor Has More Codebtors |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.13 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.14 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.15 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name _____**Partida Holdings of Little Rock, LLC**_____

United States Bankruptcy Court for the:

_____**Western District of Oklahoma**_____

Case number (if known): _____    Chapter ___**11**___

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:** Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   
   Copy line 88 from *Schedule A/B*................................................................................ | **$0.00**

   1b. **Total personal property:**
   
   Copy line 91A from *Schedule A/B*............................................................................. | **$0.00**

   1c. **Total of all property:**
   
   Copy line 92 from *Schedule A/B*.............................................................................. | **$0.00**

---

**Part 2:** Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................... | **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................... | **+  $4,201,260.00**

4. **Total liabilities**...................................................................................................... | **$4,201,260.00**

   Lines 2 + 3a + 3b

---

Fill in this information to identify the case:

Debtor name         **Partida Holdings of Little Rock, LLC**

United States Bankruptcy Court for the:

**Western District of Oklahoma**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SQ Advance 7901 4th St. N Ste. 300 Saint Petersburg, FL 33702 | | | Disputed Unliquidated | | | $1,000,000.00 |
| 2 | Apollo Funding 333 W. Commercial Street Suite 324 East Rochester, NY 14445 | | | Disputed Unliquidated | | | $858,000.00 |
| 3 | SQ Advance 7901 4th St. N Ste. 300 Saint Petersburg, FL 33702 | | | Disputed Unliquidated | | | $700,000.00 |
| 4 | VEX Capital 96-14 Metropolitan Ave. Forest Hills, NY 11375 | | | Disputed Unliquidated | | | $450,000.00 |
| 5 | Cambridge Advance 7901 4th Street N. #400 Saint Petersburg, FL 33702 | | | Disputed Unliquidated | | | $300,000.00 |
| 6 | Slate Advance 15 America Ave Ste. 303 Lakewood, NJ 08701 | | | Disputed Unliquidated | | | $300,000.00 |
| 7 | DLP Funding, LLC 447 Broadway 2nd floor New York, NY 10013 | | | Disputed Unliquidated | | | $280,000.00 |
| 8 | Lionhart Funding 40 Wall Street Unit 2701 New York, NY 10005 | | | Disputed Unliquidated | | | $225,000.00 |

Debtor   **Partida Holdings of Little Rock, LLC**
_____
Name

Case number *(if known)* _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is **contingent, unliquidated, or disputed** | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | Everest Business Funding, LLC 102 W. 38th Street 6th Floor New York, NY 10018 | | | Disputed Unliquidated | | | $88,260.00 |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

IN RE: **Partida Holdings of Little Rock, LLC**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**04/10/2025**___        Signature _____**/s/ Austin Partida**_____

Austin Partida, CEO

Alan Nussbaum
59 Hunters Green Circle
Little Rock, AR 72211


Apollo Funding
333 W. Commercial Street Suite 324
East Rochester, NY 14445


Austin Partida
5109 Water Oak Way
Edmond, OK 73034


Bank of Western Oklahoma
PO Box 529
Weatherford, OK 73096


Barbara Robinson
9 Ledrick Circle
Mayflower, AR 72106


Berkovitch & Bouskila, PLLC
1545 US 202 Ste 101
Pomona, NY 10970


Bob Skinner
120 Cove Creek Court
Little Rock, AR 72211


Brian Elam
96 Nixon Lane
Austin, AR 72007

Brian Robinson
18612 Fawn Tree Drive
Little Rock, AR 72210


Cambridge Advance
7901 4th Street N. #400
Saint Petersburg, FL 33702


Celero
c/o Craig Tractenberg
Fox Rothschild, LLP
2001 Market Street Ste. 1700


Celero
Hapreth on the Green IV
100 Westwood Place 200
Brentwood, TN 37027


Commercial Realty
1 Remington Drive Ste 100
Little Rock, AR 72204


Costco Wholesale Corporation
PO Box 34331 98124


David Fogel, PC, Attorneys at
Law
1225 Franklin Ave. Ste. 201
Garden City, NY 11530


Dennis Cook
5905 Pecan Lake Road
Little Rock, AR 72204

DLP Funding, LLC
447 Broadway 2nd floor
New York, NY 10013


Everest Business Funding, LLC
102 W. 38th Street 6th Floor
New York, NY 10018


F&M Bank
1407 Health Center Parkway
Yukon, OK 73099


Faith Electric, Inc.
3800 NE 104th Street Suite 600
Oklahoma City, OK 73131


Hugh Key
1805 Beumer Street
Stuttgart, AR 72160


Keith Essary
116 Copper Mountain Court
Hot Springs National Park, AR 71913


Law Offices of Isaac H.
Greenfield, PLLC
2 Executive Blvd. Ste 305
Suffern, NY 10901


Linda Trichell
253 Fairview Lane
Star City, AR 71667

Lionhart Funding
40 Wall Street Unit 2701
New York, NY 10005


Marty Friend
Harpeth on the Green IV
100 Westwood Place Ste 200
Brentwood, TN 37027


Mike Crawford
22555 U.S. 425
Star City, AR 71667


Pam Sheffer
105 Greenwood Avenue
Sherwood, AR 72120


Partida Holdings of Enid, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Partida Holdings of
Fayeteville, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Partida Holdings of
Fayetteville, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Partida Holdings of Lawton,
LLC
3800 NE 104th Street
Oklahoma City, OK 73131

Partida Holdings of Tulsa, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Partida Holdings, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Partida Management, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Slate Advance
15 America Ave Ste. 303
Lakewood, NJ 08701


SQ Advance
7901 4th St. N Ste. 300
Saint Petersburg, FL 33702


Synchrony
777 Long Ridge Road
Stamford, CT 06902


VEX Capital
96-14 Metropolitan Ave.
Forest Hills, NY 11375


Viloa Stidum
2605 Shay Cove
Little Rock, AR 72204

Yehuda Klein, Esq.
The Klein Law Firm, LLC
1820 Swarthmore Ave #714
Lakewood, NJ 08701